JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS RAYMOND SHAW,<br><br>　　　　　Petitioner,<br>　　vs.<br>TIM VIRGA, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. ED CV 10-01844 VAP (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 18, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE